**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
Civil Action No. 26-CV-02873-ESK
(Consolidated with No. 26-CV-02875-ESK)

**In re:**

**LILLIE MARIE COLEY,**

Appellant.

───────────────────────────────────

**LILLIE M. COLEY,**

Plaintiff-Appellant,

v.

**NATIONAL TITLE AGENCY; et al**

Defendants-Appellees.

───────────────────────────────────

**On Appeal from the United States Bankruptcy Court**

for the District of New Jersey

Bankr. Case No. 25-22211-JNP and

Adv. Pro. No. 25-02500-JNP

Hon. Jerrold N. Poslusny, Jr.

─────────────────────────────

## NOTICE REGARDING STATUS OF APPEAL, REQUEST FOR CLARIFICATION, AND CONTINUING PREJUDICE

PLEASE TAKE NOTICE that Appellant, Dr. Lillie M. Coley, respectfully submits this Notice regarding the Court's May 16, 2026 Text Order, the current status of this appeal, and the continuing prejudice resulting from the appeal's inactivity.

1. Appellant has previously addressed the mailing-address issue referenced in the Court's May 16, 2026 Text Order through prior notices and submissions and will not repeat those matters herein.

2. The Court's May 16, 2026 Text Order states that the matter was "administratively terminated pending plaintiff providing an updated mailing address."

3. However, the Case Summary currently reflects a disposition of "Dismissed - Other," a termination date of May 17, 2026, and an "ADM.CLOSED" designation.

4. Appellant respectfully requests clarification regarding the current status of the appeal, including whether the matter remains administratively terminated, administratively closed, dismissed, or subject to reopening.

5. To the extent the administrative termination was based upon concerns regarding Appellant's mailing address, Appellant respectfully submits that those concerns have been resolved and that the basis for continued closure no longer exists.

6. Appellant further notes that the issues raised in this appeal remain directly related to matters that continue to proceed in the Bankruptcy Court.

7. The continued inactivity of this appeal is affecting Appellant's ability to obtain timely appellate review of issues that remain material to ongoing bankruptcy proceedings.

8. Certain matters presently pending before the Bankruptcy Court may be impacted by, or contingent upon, the outcome of the issues presented on appeal.

9. Accordingly, continued delay in the processing and adjudication of this appeal may substantially affect Appellant's ability to obtain meaningful appellate review and relief.

WHEREFORE, Appellant respectfully requests clarification of the status of this appeal and, to the extent appropriate, reactivation or reopening of the appeal so that it may proceed on the merits, together with such further relief as the Court deems just and proper.

Respectfully submitted,


s/Dr. Lillie M. Coley
3900 City Ave. Apt. M420
Philadelphia, PA 19131

**Or**

P.O. Box 28157,
Philadelphia, Pa 19131

# CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2026, a true and **NOTICE OF RESOLUTION OF ADDRESS ISSUE, REQUEST FOR CLARIFICATION OF CASE STATUS, AND NOTICE OF CONTINUING PREJUDICE.** Notice is served via the Court's CM/ECF system and/ courtesy of first-class mail/email.  I am aware that if any of the foregoing statements made by me are willfully, I am subject to punishment.


Mortgage Lending Services dba National Title Agency
701 Route 73 North, Suite 1
Marlton, NJ 08053

Kenneth Winters & Jardim Meisner and Susser, PC.
30B Vreeland Road, Suite 100 Florham Park, NJ 07932

Attorney Fisher, Lise A.
Fisher Family Law, Llc
466 Germantown Pk Ste 100
Lafayette Hill, Pennsylvania 19444


Michael Fingermann
Michael Fingermann Law Firm
714 N. BETHLEHEM PIKE SUITE 301,
LOWER GWYNEDD, PENNSYLVANIA 19002

Trustee Andrew Skar
Address: 1020 Laurel Oak Road, Suite 203, Voorhees, NJ

Office of the U.S. Trustee Executive Office -  441 G. Street, NW Suite 6150, Washington, D.C. 20530

Office of The United States Trustee, One Newark Center,1085 Raymond Boulevard
Suite 2100, Newark, NJ 07102

Non-Creditor –Shawn Carter Jay Z -  Jason D. Angelo REED SMITH LLP 506 Carnegie Center, Suite 300 Princeton, New Jersey 08540

Congressional Oversight Inquiry

s/Lillie M. Coley, PhD
*In Pro Se*
3900 City Avenue Apt M420
Philadelphia, PA 19131